IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EIBE SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:16-CV-862-WKW |
| | )  [WO] |
| COFFEE COUNTY SHERIFF | ) |
| DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 5.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. Plaintiff Eibe Scott's claims against the Coffee County Sheriff Department and the Coffee County Jail are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Coffee County Sheriff Department and the Coffee County Jail are DISMISSED as defendants in this action; and

4. The case, with respect to Plaintiff's claims against Byron Caylor, Quality Correctional Health Care, and Nurse Brenda Stuckey, is REFERRED back to the Magistrate Judge for further appropriate proceedings.

DONE this 29th day of November, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE